**Dismissed and Memorandum Opinion filed June 25, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-01031-CV

**ARSENIO CANTU, Appellant**

**V.**

**VERONICA PENA, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1017967**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 5, 2012. The clerk's record was filed December 5, 2012. The reporter's record was filed March 21, 2013. No brief was filed.

On April 30, 2013, this court issued an order stating that unless appellant submitted a brief on or before May 30, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.